# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN SUTTON,<br><br>　　　　Defendant. | Case No. 1:17-cv-01488-AWI-SAB<br><br>ORDER DIRECTING OFFICE OF THE CLERK TO ADMINISTRATIVELY TERMINATE SCOTT KERNAN AS A DEFENDANT IN THIS ACTION |

On November 3, 2014, Plaintiff Jennifer Morris filed this action against Defendants California Department of Corrections and Rehabilitation ("CDCR"), Scott Kernan, and John Sutton. On March 8, 2018, District Judge Anthony W. Ishii filed an order granting in part Defendants' motion to dismiss and Defendant CDCR was dismissed from this action with prejudice. Plaintiff was provided the opportunity to file an amended complaint. On April 9, 2018, Plaintiff filed a complaint which only names Defendant John Sutton in the causes of action. Accordingly, the Clerk of the Court is DIRECTED to administratively terminate Scott Kernan as a defendant in this action.

IT IS SO ORDERED.

Dated: **July 9, 2018**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1