# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN SUTTON,<br><br>　　　　Defendant. | Case No. 1:17-cv-01488-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT REGARDING STATUS CONFERENCE BY FEBRUARY 1, 2019<br><br>(ECF No. 23) |

A scheduling conference was held in this matter on August 14, 2018. (ECF No. 22.) Based on the matters discussed during the scheduling conference, the Court set a status conference for February 14, 2019. (ECF No. 23.) The Court shall require the parties to advise the Court of any issues that need to be addressed at the February 14, 2019 status conference or if the conference should be vacated or continued.

Accordingly, IT IS HEREBY ORDERED that on or before February 1, 2019, the parties shall file a notice advising the Court 1) of the issues to be addressed at the status conference or 2) the date that the status conference should be continued to or 3) that the status conference should be vacated.

IT IS SO ORDERED.

Dated: **January 23, 2019**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1