# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN SUTTON,<br><br>    Defendant. | Case No. 1:17-cv-01488-AWI-SAB<br><br>ORDER VACATING FEBRUARY 14, 2019 STATUS CONFERENCE |

A scheduling conference was held in this matter on August 14, 2018. (ECF No. 22.) Based on the matters discussed during the scheduling conference, the Court set a status conference for February 14, 2019. (ECF No. 23.) On January 23, 2019, an order issued requiring the parties to file notice regarding any issues that would be addressed at the February 14, 2019 conference. (ECF No. 24.) On February 1, 2019, the parties filed a notice stating that there are no issues to be addressed and requesting that the status conference be vacated. (ECF No. 25.)

Accordingly, the status conference set for February 14, 2019 is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **February 4, 2019**

UNITED STATES MAGISTRATE JUDGE

1