# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORRIS, | Case No. 1:17-cv-01488-AWI-SAB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION AND SETTING HEARING ON MOTION TO RE-OPEN DISCOVERY FOR MAY 15, 2019 AT 10:00 A.M. |
| v. | |
| JOHN SUTTON, | |
| Defendant. | (ECF Nos. 27, 28, 29) |

On April 10, 2019, Plaintiff filed a motion to re-open discovery and extend the discovery cutoff deadline, along with an *ex parte* application to shorten the time for the Court to hear the motion. (ECF Nos. 27, 28.) The *ex parte* application requests that the hearing on the motion to re-open discovery be held on April 24, 2019, or as soon thereafter that the Court is available, and also requests that Defendants response to the motion be filed on or before April 18, 2019. (ECF No. 27.) On the same date, Defendant filed a response to Plaintiff's *ex parte* application opposing the request to shorten the time period on the grounds that Defendant's counsel is handling other matters that will occupy most of counsel's time on April 11 and April 12, 2019, and counsel will be out of the country between April 15 and April 23, 2019, not returning to work until April 24, 2019. (ECF No. 29.) Further, Defendant's counsel is unavailable on May 8, 2019 due to a hearing in another matter. (Id.)

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's *ex parte* application to shorten time (ECF No. 27) is DENIED;

2. The hearing on the motion to re-open discovery and extend the discovery cutoff deadline (ECF No. 28) shall be heard on May 15, 2019, at 10:00 a.m. in Courtroom 9;

3. The briefing schedule for an opposition and reply shall be governed by Local Rule 230; and

4. While the Court will entertain the motion to re-open discovery on the merits, the parties are advised that if granted, the Court is disinclined to alter the remaining deadlines in the Court's scheduling order that may be impacted by the change but will entertain a further discovery deadline than that requested by Plaintiff because time has not been shortened which will work with the previously established dates.

IT IS SO ORDERED.

Dated: __**April 10, 2019**__

UNITED STATES MAGISTRATE JUDGE