# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN SUTTON,<br><br>        Defendant. | Case No. 1:17-cv-01488-AWI-SAB<br><br>ORDER VACATING JUNE 19, 2019 HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>(ECF No. 34) |

      Currently before the Court is Plaintiff's motion for leave to file an amended complaint which is set for hearing on June 19, 2019. (ECF No. 34.) The Court, having reviewed the record, finds this matter suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Accordingly, the previously scheduled hearing set on June 19, 2019 will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **June 17, 2019**                                           
                                                  UNITED STATES MAGISTRATE JUDGE